IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Mikayla Cheyenne Savage,<br><br>   Plaintiff,<br><br>v.<br><br>Harris County, Texas, et al.,<br><br>   Defendants. | Case No. 4:24-cv-00666 |

**PROPOSED ORDER**

After considering Plaintiff's Motion to Extend Time to Serve her Amended Complaint (the "Motion"), any responses and replies, and the applicable law, the Motion is hereby **GRANTED**.

Accordingly, the deadline for Plaintiff to serve any Defendants who have not yet been served with the Amended Complaint is hereby extended to February 2, 2025.

IT IS SO ORDERED, this ____ day of _____ 202__.

                _____
                THE HONORABLE KEITH P. ELLISON
                UNITED STATES DISTRICT JUDGE