United States District Court
Southern District of Texas
**ENTERED**
December 05, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Mikayla Cheyenne Savage, *Plaintiff*, v. Harris County, Texas, et al., *Defendants*. | Case No. 4:24-cv-00666 |

## ORDER

After considering Plaintiff's Motion to Extend Time to Serve her Amended Complaint (ECF No. 69) and the applicable law, the Motion is hereby **GRANTED**.

Accordingly, the deadline for Plaintiff to serve any Defendants who have not yet been served with the Amended Complaint is hereby extended to February 2, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 5th day of December, 2024.

THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE