# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:24-CV-0666** |
| § | |
| **HARRIS COUNTY, TEXAS,** *et al.*, § | |
| § | |
| *Defendants*. § | |

## ORDER

On December 19, 2024, Plaintiff Mikayla Savage filed a Motion to Modify Scheduling Order. ECF No. 75. The Court requires that any opposed party submit an expedited response. Any responses shall be filed on or before December 30, 2024. Any replies shall be filed on or before January 3, 2025.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th day of December, 2024.

_____
Keith P. Ellison
United States District Judge