United States District Court
Southern District of Texas
**ENTERED**
January 30, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Mikayla Cheyenne Savage §<br>§<br>*Plaintiff*, §<br>§<br>vs. §<br>§<br>Harris County, Texas, et al. §<br>§<br>*Defendants*. § | Case No. H-4:24-cv-00666 |

## ORDER

After considering Plaintiff's Motion for Substitute Service of Process (ECF No. 78), any responses and replies, and the applicable law, the Motion is hereby **GRANTED**.

Plaintiff is hereby authorized to serve the Defendants by leaving a copy of the service documents with the Harris County Jail front desk or anyone over the age of sixteen (16) employed at Harris County Jail, or with anyone over the age of sixteen (16) at the Office of the Harris County Attorney, or failing that, by attaching a true copy of the citation and the Amended Complaint to the door of this location.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 30th day of January, 2025.

THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE