IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-00666 |
| | § | |
| **HARRIS COUNTY, TEXAS; SHERIFF ED** | § | JURY DEMANDED |
| **GONZALES, in his official capacity;** | § | |
| **DETENTION OFFICER ARNOLDO** | § | |
| **MARTINEZ, in his individual capacity;** | § | |
| **DETENTION OFFICER ANDREW** | § | |
| **RADA, in his individual capacity;** | § | |
| **DETENTION OFFICER DANIKA** | § | |
| **MATHEWS, in her individual capacity;** | § | |
| **DETENTION OFFICER OZALYNN** | § | |
| **LOZANO, in his individual capacity;** | § | |
| **DETENTION OFFICER TRUCELL** | § | |
| **LAGARDE, in her individual capacity;** | § | |
| **DETENTION OFFICER TAYLOR** | § | |
| **RODGERS, in his individual capacity;** | § | |
| **DETENTION OFFICER GLORIA** | § | |
| **EZEOKE, in her individual capacity; LAW** | § | |
| **ENFORCEMENT OFFICER MICHAEL** | § | |
| **THOMAS, in his individual capacity; LAW** | § | |
| **ENFORCEMENT OFFICER LAKISHA** | § | |
| **CHEATHAM, in her individual capacity;** | § | |
| **and DETENTION OFFICER TAYLOR** | § | |
| **MARILYN JOHN, in her individual** | § | |
| **capacity;** | § | |
| | § | |
| *Defendants.* | § | |

## NON PARTY HARRIS COUNTY'S ADVISORY REGARDING SERVICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW Harris County and files this advisory to the Court regarding the Order Granting Substitute Service (DE 79), and the return of summons for Marilyn John (DE 82), Trucell

LaGarde (DE 85) and Michael Thomas (DE 83), and respectfully advises the Court of the following:

1. On September 5, 2024—after the statute of limitations ran—Plaintiff filed her First Amended Complaint naming multiple Harris County Sheriff's Office (HCSO) detention officers, including Michael Thomas, Marilyn John, and Trucell Lagarde as Defendants. DE 52.

2. Note that on May 13, 2024, Harris County produced documents (HC_2542 and HC_2549) to Plaintiff indicating Detention Officers Marilyn John and Trucell Lagarde had resigned and were <u>former</u> employees. Exhibit A.

3. On October 7, 2024, Harris County again advised Plaintiff's counsel that John and Lagarde were not current HCSO employees. Harris County agreed to provide the last known home addresses of the former employees pursuant to a subpoena and a protective order. Exhibit B.

4. Defendant Thomas retired from HCSO on December 13, 2024. This was unbeknownst to Counsel despite exercising due diligence.

5. Subject to a protective order dated December 18, 2024 (DE 74), Harris County responded to a subpoena on December 20, 2024, and provided Plaintiff with the last known home addresses of former HCSO Detention Officers Trucell Lagarde and Marilyn John.

6. On January 24, 2025, Plaintiff filed a motion for substituted service (DE 78).

7. On January 30, 2025, the Court allowed substituted service of both current <u>and former</u> employees by leaving the service documents with the Harris County Jail front desk (DE 79).

8. On February 1, 2025, service documents were left at the Harris County Jail front desk for former employees John (DE 82), LaGarde (DE 85), and Thomas (DE 83). These Defendants have not received the documents from HCSO.

9. Defendants Ezeoke, Cheatham and Lozano are current HCSO employees. Exhibit C.

10. On February 6, 2025, Harris County supplemented its response to the subpoena and provided Defendant Thomas' last known home address subject to the protective order.

Date: February 7, 2025.

        Respectfully submitted,

        **CHRISTIAN D. MENEFEE**
        HARRIS COUNTY ATTORNEY

        **JONATHAN G. C. FOMBONNE**
        DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

        **NATALIE G. DELUCA**
        MANAGING COUNSEL,
        DEFENSIVE LITIGATION, EMPLOYMENT, &
        REAL ESTATE DIVISIONS

By: */s/ Frank Ford*
    **FRANK FORD**
    Senior Assistant County Attorney
    ATTORNEY-IN-CHARGE
    Federal ID No. 565385
    State Bar No. 24012642
    Phone: 713-274-5166 (direct)
    frank.ford@harriscountytx.gov
    **RACHEL FRASER**
    Senior Assistant County Attorney
    ATTORNEY TO BE NOTICED
    State Bar No. 24079725
    Fed Bar No. 4067195
    Tel: (713) 274-5383 (direct)
    rachel.fraser@harriscountytx.gov

    **OFFICE OF THE HARRIS COUNTY ATTORNEY**
    Harris County Attorney's Office
    1019 Congress
    Houston, Texas 77002
    **ATTORNEYS FOR DEFENDANT HARRIS COUNTY**

## CERTIFICATE OF SERVICE

I certify that the above and foregoing Objection and Response to Subpoena from Plaintiff was served via e-mail on the following parties on February 7, 2025:

Karley T. Buckley
DLA Piper LLP (US) Texas
Bar No. 24123596
845 Texas Avenue, Suite 3800
Houston, Texas 77002
(713) 425-8421
karley.buckley@us.dlapiper.com

David H. Bamberger
DLA Piper LLP (US)
DC Bar #362285*
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4500
david.bamberger@us.dlapiper.com

Gregory Burnett
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov
Charles David Shaw, Jr.
State Bar No. 24085951
Fed. Bar No. 3193599
Tel.: (713) 274-3068 (direct)
charles.shaw@harriscountytx.gov
1019 Congress
Houston, Texas 77002

Miriam R. Nemeth (DC Bar #1028529)*
D Dangaran (BBO #708195)*
RIGHTS BEHIND BARS
416 Florida Avenue, NW #26152
Washington, D.C. 20001
(202) 455-4399
miriam@rightsbehindbars.org
d@rightsbehindbars.org

John C. Canoni
DLA Piper LLP (US)
Texas Bar No. 24117335*
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
(214) 743-4500
john.canoni@us.dlapiper.com

James C. Butt
State Bar No. 24040354
Phone: (713) 274-5133 (direct)
james.butt@harriscountytx.gov
Office of the Harris County Attorney
1019 Congress
Houston, Texas 77002

                                                /s/*Frank J. Ford*
                                                Frank J. Ford