IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** § § § § | |
| *Plaintiff,* | |
| v. § § | **CIVIL ACTION NO. 4:24-cv-00666** |
| **HARRIS COUNTY, TEXAS; SHERIFF ED GONZALES,** in his official capacity; **DETENTION OFFICER ARNOLDO MARTINEZ,** in his individual capacity; **DETENTION OFFICER ANDREW RADA,** in his individual capacity; **ADMINISTRATIVE OPERATIONS OFFICER DANIKA MATHEWS,** in her individual capacity; **DETENTION OFFICER OZALYNN LOZANO,** in his individual capacity; **DETENTION OFFICER TRUCELL LAGARDE,** in her individual capacity; **DETENTION OFFICER TAYLOR HODGES,** in his individual capacity; **DETENTION OFFICER GLORIA EZEOKE,** in her individual capacity; **LAW ENFORCEMENT OFFICER MICHAEL THOMAS,** in his individual capacity; **LAW ENFORCEMENT OFFICER LAKISHA CHEATHAM,** in her individual capacity; **AND DETENTION OFFICER MARILYN JOHN,** in her individual capacity, | **JURY DEMANDED** |
| *Defendants.* | |

## **ORDER**

The Motion to Dismiss all claims against Lakisha Cheatham with prejudice having been filed by Defendant Cheatham, the Court having reviewed the motion, response and reply, grants the motion to dismiss and dismisses Lakisha Cheatham

with prejudice.  All claims against Defendant Lakisha Cheatham are dismissed with prejudice.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
United States District Judge