# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Mikayla Cheyenne Savage, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:24-cv-00666** |
| | § | |
| Harris County, Texas, et al. | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney enters her appearance as counsel for Plaintiff Mikayla Cheyenne Savage in the above-referenced cause. Please serve Kaylee Hoffner with all future notices and any other documents filed or served in connection with this matter at the address provided below.

Dated: February 13, 2025                    Respectfully submitted,

                                            */s/ Kaylee Hoffner*
                                            Karley T. Buckley
                                            DLA Piper LLP (US)
                                            Texas Bar No. 24123596
                                            845 Texas Avenue, Suite 3800
                                            Houston, Texas 77002
                                            (713) 425-8421
                                            karley.buckley@us.dlapiper.com

                                            Miriam R. Nemeth (DC Bar #1028529)
                                            (admitted *pro hac vice*)
                                            D Dangaran (MA BBO #708195)
                                            (admitted *pro hac vice*)
                                            RIGHTS BEHIND BARS
                                            1800 M Street NW, Front 1 #33821
                                            Washington, DC 20033
                                            (202) 455-4399
                                            miriam@rightsbehindbars.org
                                            d@rightsbehindbars.org

1

David H. Bamberger
DLA Piper LLP (US)
DC Bar #362285
(admitted *pro hac vice*)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4500
david.bamberger@us.dlapiper.com

John C. Canoni
DLA Piper LLP (US)
Texas Bar No. 24117335
(admitted *pro hac vice*)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
(214) 743-4500
john.canoni@us.dlapiper.com

Kaylee Hoffner
DLA Piper LLP (US)
Texas Bar No. 24127036
845 Texas Avenue, Suite 3800
Houston, Texas 77002
(713) 425-8424
Kaylee.hoffner@us.dlapiper.com

**ATTORNEYS FOR PLAINTIFF
MIKAYLA CHEYENNE SAVAGE**

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record. Any other counsel of record will be served by first class U.S. mail.

*/s/ Kaylee Hoffner*
Kaylee Hoffner