IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Mikayla Cheyenne Savage, <br><br> Plaintiff, <br><br> v. <br><br> Harris County, Texas, et al., <br><br> Defendants. | Case No. 4:24-cv-00666 |

**NOTICE OF NON-RESPONSE TO PLAINTIFF'S
MOTION TO MODIFY SCHEDULING ORDER**

On December 19, 2024, Plaintiff Mikayla Savage ("Plaintiff") filed her Motion (ECF No. 75) to modify this Court's Scheduling Order (ECF No. 41). By Order dated December 20, 2024, this Court gave any party opposed to Plaintiff's Motion until December 30, 2024 to file a Response. Plaintiff files this Notice to advise the Court that no party has filed a Response to Plaintiff's Motion. Thus, pursuant to Local Rule LR7.4: "Failure to respond to a motion will be taken as a representation of no opposition." Given the lack of opposition, Plaintiff's Motion to Modify the Scheduling Order should be granted.

[*signature page follows*]

Dated: February 19, 2025						Respectfully submitted,

/s/ *Karley Buckley*
Karley Buckley
DLA Piper LLP (US)
Texas Bar No. 24123596
845 Texas Avenue, Suite 3800
Houston, Texas 77002
(713) 425-8421
karley.buckley@us.dlapiper.com

Miriam R. Nemeth (DC Bar #1028529)
D Dangaran (MA BBO #708195)
(admitted *pro hac vice*)
Rights Behind Bars
416 Florida Avenue, NW #26152
Washington, D.C. 20001
(202) 455-4399
miriam@rightsbehindbars.org
d@rightsbehindbars.org

David H. Bamberger
DLA Piper LLP (US)
DC Bar #362285
(admitted *pro hac vice*)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4500
david.bamberger@us.dlapiper.com

John C. Canoni
DLA Piper LLP (US)
Texas Bar No. 24117335
(admitted *pro hac vice*)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
(214) 743-4500
john.canoni@us.dlapiper.com

*Attorneys for Plaintiff Mikayla Cheyenne Savage*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been served electronically via the Court's CM/ECF system on February 19, 2025 on all counsel of record.

/s/ *Karley Buckley*
Karley Buckley