Case 4:24-cv-00666   Document 90   Filed on 02/21/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Mikayla Cheyenne Savage § § § *Plaintiff,* § § vs. § § Harris County, Texas, et al. § § *Defendants.* § § | CIVIL ACTION NO. H-4:24-cv-0666 |

### SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: <u>7-10</u> Days   Jury:<u>  X  </u>   Non-Jury:_____

1. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:

   June 2, 2025

   Rebuttal: July 21, 2025

2. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:

   July 2, 2025

3. DISCOVERY must be completed by: Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

   August 4, 2025

4. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by:

   September 4, 2025

5.  JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* (The Court will fill in this date)	December 4, 2025

6.  TRIAL will begin at 9:00 a.m. (The Court sets a firm trial date)	December 11, 2025

February 21, 2025
Date

Keith P. Ellison
United States District Judge