UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** § § § § | |
| **Plaintiff,** § § | |
| v. § § | Civil Action No.: 4:24-cv-00666 |
| **HARRIS COUNTY, TEXAS; SHERIFF ED GONZALES,** in his official capacity; **DETENTION OFFICER ARNOLDO MARTINEZ,** in his individual capacity; **DETENTION OFFICER ANDREW RADA,** in his individual capacity; **DETENTION ADMINISTRATIVE OPERATIONS OFFICER DANIKA MATHEWS,** in her individual capacity; **DETENTION OFFICER OZALYNN LOZANO,** in his individual capacity; **DETENTION OFFICER TRUCELL LaGARDE,** in her individual capacity; **DETENTION OFFICER TAYLOR HODGES,** in his individual capacity; **DETENTION OFFICER GLORIA EZEOKE,** in her individual capacity; **LAW ENFORCEMENT OFFICER MICHAEL THOMAS,** in his individual capacity; **LAW ENFORCEMENT OFFICER LAKISHA CHEATHAM,** in her individual capacity; and **DETENTION OFFICER MARILYN JOHN,** her individual capacity individual capacities. § § § § § § § § § § § § § § § § § § § § § § § § | |
| **Defendants.** § | |

### PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS TRUCELL LaGARDE, MARILYN JOHN, AND MICHAEL THOMAS

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, Plaintiff Mikayla Cheyenne Savage ("Plaintiff") respectfully requests that the Clerk of this Court enter an Order of Default against Defendants Trucell LaGarde ("LaGarde"), Marilyn John ("John"), and Michael Thomas ("Thomas") (collectively, "Defendants") because Defendants failed to answer Plaintiff's Amended

1

Complaint or otherwise file an appearance within the time limits prescribed by law. Plaintiff represents the following in support of this motion:

1. Plaintiff filed her Original Complaint on February 26, 2024 in the United States District Court for the Southern District of Texas asserting claims under 42 U.S.C. § 1983 against the defendants following the physical, mental, and emotional abuse inflicted on her while she was a detainee at the Harris County Jail. (Doc. 1).

2. During her three months in the Harris County Jail, Plaintiff endured uninhabitable living conditions and at least six separate physical and sexual assaults.

3. Defendants were originally named as some of the "Doe" defendants. However, after some discovery, Plaintiff was able to identify them and filed a First Amended Complaint on September 5, 2024, discussing the specific claims against these Defendants. (Doc. 52).

4. Plaintiff diligently attempted service of Defendants through traditional methods as outlined in Plaintiff's Motion for Substituted Service. (Doc. 78). The Court granted Plaintiff's Motion for Substituted Service, authorizing Plaintiff to serve Defendants by leaving a copy of the service documents with the Harris County Jail front desk. (Doc. 79). Defendants were served pursuant to this Court's order on February 1, 2025. (Doc. 82, 83, 85). Defendants' answer deadline was February 24, 2025.

5. Plaintiff has followed proper service procedure by serving in accordance with this Court's order.

6. Under Federal Rule of Civil Procedure 12, a defendant must serve its answer within 21 days after being served with the summons and complaint. Fed. R. Civ. P. 12(a)(1)(A)(i).

7. Defendants did not file a timely answer or appear in the lawsuit within 21 days after service was perfected. Therefore, an entry of default is proper as Defendants did not plead or otherwise respond to the complaint. *New York Life Ins. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996).

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court grant an entry of default requested in this motion, the clerk enter an order of default against Defendants, and for any other further relief, both general and special, at law and in equity to which this Court may find Plaintiff justly entitled.

Dated March 13, 2025.   Respectfully submitted,

/s/Karley Buckley
Karley Buckley
DLA Piper LLP (US)
Texas Bar No. 24123596
845 Texas Avenue, Suite 3800
Houston, Texas 77002
(713) 425-8421
karley.buckley@us.dlapiper.com

Miriam R. Nemeth (DC Bar #1028529)
D Dangaran (MA BBO #708195)
(admitted *pro hac vice*)
Rights Behind Bars
1800 M Street NW Front 1 #33821
Washington, D.C. 20033
(202) 455-4399
miriam@rightsbehindbars.org
d@rightsbehindbars.org

David H. Bamberger (DC Bar #362285)
DLA Piper LLP (US)
(admitted *pro hac vice*)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4500
david.bamberger@us.dlapiper.com

        John C. Canoni
        DLA Piper LLP (US)
        Texas Bar No. 24117335
        (admitted *pro hac vice*)
        1900 North Pearl Street, Suite 2200
        Dallas, Texas 75201
        (214) 743-4500
        john.canoni@us.dlapiper.com

        *Attorneys for Plaintiff Mikayla Cheyenne Savage*

## CERTIFICATE OF SERVICE

    The undersigned certifies that a true and correct copy of the foregoing document has been served electronically via email on March 13, 2025 on all defense counsel of record.

        */s/Karley Buckley*
        Karley Buckley

1618284186.3