United States District Court
Southern District of Texas
**ENTERED**
May 06, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:24-cv-0666** |
| | § | |
| **HARRIS COUNTY, TEXAS; SHERIFF ED** | § | |
| **GONZALES, in his official capacity;** | § | |
| **DETENTION OFFICER ARNOLDO** | § | |
| **MARTINEZ, in his individual capacity;** | § | |
| **DETENTION OFFICER ANDREW RADA,** | § | |
| **in his individual capacity; DETENTION** | § | |
| **ADMINISTRATIVE OPERATIONS** | § | |
| **OFFICER DANIKA MATHEWS, in her** | § | |
| **individual capacity; DETENTION OFFICER** | § | |
| **OZALYNN LOZANO, in his individual** | § | |
| **capacity; DETENTION OFFICER** | § | |
| **TRUCELL LAGARDE, in her individual** | § | |
| **capacity; DETENTION OFFICER TAYLOR** | § | |
| **HODGES, in his individual capacity;** | § | |
| **DETENTION OFFICER GLORIA** | § | |
| **EZEOKE, in her individual capacity; LAW** | § | |
| **ENFORCEMENT OFFICER MICHAEL** | § | |
| **THOMAS, in his individual capacity; LAW** | § | |
| **ENFORCEMENT OFFICER LAKISHA** | § | |
| **CHEATHAM, in her individual capacity;** | § | |
| **and DETENTION OFFICER MARILYN** | § | |
| **JOHN, her individual capacity** | § | |
| **individual capacities.** | § | |
| *Defendants.* | § | |

**ORDER GRANTING DEFENDANT OZALYNN LOZANO'S UNOPPOSED**
**MOTION SEEKING LEAVE TO FILE RESPONSE TO COMPLAINT**

On this day came on to be considered Defendant Ozalynn Lozano's Unopposed Motion for

leave to File Responsive Document to Complaint. ECF No. 125. The Court, having considered

the motion and the records of this case, finds that such motion should be **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the motion is granted.

IT IS FURTHER ORDERED that Plaintiff's Motion for Clerk's Entry of Default Against Defendant Ozalynn Lozano (ECF No. 117) is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 6th day of May, 2025.


KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE