Exhibit D – Placeholder
Audio Files – Documents Bates Labeled HC_3051, HC_2784 and
HC_2665
*Filed Separately Under Seal*