United States District Court
Southern District of Texas
**ENTERED**
May 13, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:24-CV-0666** |
| § | |
| **HARRIS COUNTY, TEXAS,** *et al.*, § | |
| § | |
| *Defendants*. § | |

## ORDER

Before the Court is Defendant Gloria Ezeoke's Partially Opposed Motion to Stay Discovery (ECF No. 92), Defendant Gloria Ezeoke's Unopposed Motion to Stay Discovery (ECF No. 130) and Defendant Ozalynn Lozano's Amended Motion to Stay (ECF No. 133). The Court finds that Defendant Gloria Ezeoke's Unopposed Motion to Stay Discovery (ECF No. 130) and Defendant Ozalynn Lozano's Amended Motion to Stay (ECF No. 133) should be **GRANTED**.

IT IS ORDERED that all discovery directed to Defendants Gloria Ezeoke and/or Ozalynn Lozano is stayed until further order of this Court as to Defendants' qualified immunity.

IT IS FURTHER ORDERED that, since Defendant Gloria Ezeoke's second Motion to Stay Discovery has been granted, her earlier Partially Opposed Motion to Stay Discovery (ECF No. 92) is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 9th day of May, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE