

**OFFICE OF THE
HARRIS COUNTY ATTORNEY
CHRISTIAN D. MENEFEE**

United States Courts
Southern District of Texas
FILED

MAY 14 2025

Nathan Ochsner, Clerk of Court

May 12, 2025

**VIA PRIORITY MAIL EXPRESS**
Nathan Ochsner
Clerk of Court
P. O. Box 61010
Houston, TX 77208

Re:   *Mikayla Savage v Harris County, et al.*, Civil Action No. 4:24-cv-00666; In the United States District Court Southern District of Texas (Houston Division).

Dear Nathan Ochsner,

Enclosed please find a USB Flash Drive to be filed **under seal** for filing in the above-referenced matter. This device contains the following videos labeled:

1. Exhibit D - HC_3051, HC_2784 and HC_2665

Please file this drive and its contents, as "**Exhibit D**" respectively, attached to Harris County's Motion to Quash Third Subpoena, filed on May 12, 2025.

Please feel free to contact me at the phone number or e-mail on page 2 of this letter regarding any questions.

Respectfully submitted,

By:   */s/ Frank Ford*
**FRANK FORD**
Senior Assistant County Attorney
ATTORNEY-IN-CHARGE
Federal ID No. 565385
State Bar No. 24012642

Nathan Ochsner
May 12, 2025
Page 2

Phone: (832) 570-7582 (direct)
frank.ford@harriscountytx.gov

**OFFICE OF THE HARRIS COUNTY ATTORNEY**
1019 Congress
Houston, Texas 77002
**ATTORNEY FOR HARRIS COUNTY**

FF/kwc
Encl.
Cc: All other parties by email

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

SAVAGE § § § CASE NO. 4:24-cv-666
§ § §

v.

HARRIS COUNTY, ET AL

(1) One USB FLASH DRIVE - EXHIBIT D RE: MOTION TO QUASH 3RD SUBPOENA

DOCUMENT IS:

☐ LOOSE IN FILE

☒ IN VAULT SEALED

☐ IN BROWN EXPANDABLE FOLDER

INSTRUMENT # 139