AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas  ▼

|  |  |
|---|---|
| Mikayla Cheyenne Savage ) ) ) ) ) *Plaintiff(s)* ) v. ) Civil Action No. 4:24-cv-00666 ) ) Harris County Texas, et al ) ) ) *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Administrative Operations Officer Danika Mathews
Harris County Jail
1200 Baker Street
Houston, Texas 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Karley Buckley
DLA Piper LLP (US)
845 Texas Avenue, Suite 3800
Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Nathan Ochsner, *Clerk of Court*

Date: May 16, 2025

*s/ Disa McKinnie-Richardson*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv-00666

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ADMINISTRATIVE OPERATIONS OFFICER DANIKA MATHEWS was received by me on *(date)* May 16, 2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* OFFICER L. BROOKS, who is designated by law to accept service of process on behalf of *(name of organization)* ADMINISTRATIVE OPERATIONS OFFICER DANIKA MATHEWS on *(date)* _____

☐ I returned the summons unexecuted because: _____; or

☐ Other: _____; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 05/19/2025

*Zachary Thibodeaux* (signature)

*Server's signature*

Zachary Thibodeaux    PSC# 13486 Exp 2/28/2026

*Printed name and title*

1419 MONTROSE BLVD UNIT 702, HOUSTON, TX 77019

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt:
At Harris County Jail: 1200 BAKER STREET, HOUSTON, TX 77002 received by Officer L Brooks at the front desk. He said he would get the papers to legal who would pass it along to where it needs to go.

The officer did not recognize the name Danika Mathew's or the Administrative office.