# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Mikayla Cheyenne Savage, | § |
| *Plaintiff*, | § |
| v. | § |
| Harris County, Texas; Sheriff Ed Gonzales, in his official capacity; Detention Officer A. Martinez, in his individual capacity; Detention Officer A. Roda, in his individual capacity; Detention Officer Matthews, in his individual capacity; Officers Does #1-28, in their individual capacities; and Does #29-30, in their individual capacities, | §  CIVIL ACTION NO. 4:24-cv-00666 |
| *Defendants*. | § |

## PROPOSED ORDER

After considering the Unopposed Motion to Modify Scheduling Order (the "Motion"), and any applicable law, the Motion is hereby **GRANTED**. An Amended Scheduling Order will be entered as proposed.

IT IS SO ORDERED, this ____ day of _____ 2025.

_____
THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE