Case 4:24-cv-00666   Document 145   Filed on 05/27/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
May 27, 2025
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** | § | |
| *Plaintiff*, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-0666 |
| **HARRIS COUNTY, TEXAS,** *et al.*, | § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Modify Scheduling Order. ECF No. 142. After considering the Motion, the Court finds that it should be **GRANTED**.

**IT IS ORDERED** that the new deadlines in the case are as follows:

Plaintiff shall identify witnesses by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it, **on or before 90 days** after the Court's entry of an order on the last-filed motion to dismiss the Second Amended Complaint.

Defendants shall identify witnesses by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it, **no later than 30 days** after Plaintiff's expert witness identification.

Plaintiff shall identify rebuttal witnesses **no later than 21 days** after Defendants' expert witness identification.

Discovery must be completed by **November 7, 2025**.

Dispositive and non-dispositive motions (except motions in limine) will be filed by **December 5, 2025**.

Joint pretrial order and motions in limine will be filed on or before **March 6, 2026**.

Trial will begin on **March 16, 2026**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 27th day of May, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE