**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| *Mikayla Cheyenne Savage*,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>*Harris County, Texas, et al.*,<br><br>　　　　　Defendants. | Case No. 4:24-cv-00666 |

**MOTION TO WITHDRAW KAYLEE HOFFNER AS PLAINTIFF'S COUNSEL**

　　Pursuant to S.D. Tex. Local Rule 83.2, Plaintiff's Counsel respectfully requests that this Court grant a motion to withdraw Kaylee Hoffner, counsel of record for Plaintiff Mikayla Savage, as counsel. Ms. Hoffner is departing DLA Piper LLP (US) as of June 6, 2025. DLA Piper LLP (US) will continue to represent Ms. Savage in this matter, through attorneys Karley Buckley, David Bamberger, John Canoni and Taylor Reed. Ms. Savage's counsel at Rights Behind Bars also remains in the case and unchanged. Therefore, Ms. Savage will suffer no loss of counsel, and the withdrawal of Ms. Hoffner will not delay any proceedings in this matter.

　　Ms. Hoffner respectfully requests that this Court grant this Motion to Withdraw Ms. Hoffner as Plaintiff's Counsel.

*Signature page follows*

| | |
|---|---|
| Dated: June 6, 2025 | Respectfully submitted, |

                                              */s/ Kaylee Hoffner*
Karley Buckley
Kaylee Hoffner
DLA Piper LLP (US)
Texas Bar No. 24123596
845 Texas Avenue, Suite 3800
Houston, Texas 77002
(713) 425-8421
karley.buckley@us.dlapiper.com
Kaylee.hoffner@us.dlapiper.com

Lydia Wright (LA Bar #37926)
D Dangaran (MA BBO #708195)
(admitted *pro hac vice*)
Rights Behind Bars
416 Florida Avenue, NW #26152
Washington, D.C. 20001
(202) 455-4399
lydia@rightsbehindbars.org
d@rightsbehindbars.org

David H. Bamberger
DLA Piper LLP (US)
DC Bar #362285
(admitted *pro hac vice*)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4500
david.bamberger@us.dlapiper.com

John C. Canoni
DLA Piper LLP (US)
Texas Bar No. 24117335
(admitted *pro hac vice*)
Taylor O. Reed
Texas Bar No. 24101958
S.D. Tex. Bar No. 3895240
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
(214) 743-4500
john.canoni@us.dlapiper.com
taylor.reed@us.dlapiper.com
*Attorneys for Plaintiff Mikayla Cheyenne Savage*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been served electronically via the Court's CM/ECF system on June 6, 2025 on all counsel of record.

>*/s/ Kaylee Hoffner*
>Kaylee Hoffner