# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

*Mikayla Cheyenne Savage*,

        Plaintiff,

v.

*Harris County, Texas, et al.*,

        Defendants.

Case No. 4:24-cv-00666

## [PROPOSED] ORDER GRANTING
## MOTION TO WITHDRAW KAYLEE HOFFNER AS PLAINTIFF'S COUNSEL

Before the Court is Plaintiff's Motion to Withdraw Kaylee Hoffner as Counsel. Plaintiff's Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that Kaylee Hoffner shall be terminated as counsel of record for Plaintiff Mikayla Savage and shall be relieved of any further involvement in this proceeding.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this __ day of _____, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE