United States District Court
Southern District of Texas
**ENTERED**
June 06, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| *Mikayla Cheyenne Savage*, <br><br> *Plaintiff,* <br><br> v. <br><br> *Harris County, Texas, et al.*, <br><br> *Defendants.* | Case No. 4:24-cv-0666 |

## ORDER GRANTING MOTION TO WITHDRAW
## KAYLEE HOFFNER AS PLAINTIFF'S COUNSEL

Before the Court is Plaintiff's Motion to Withdraw Kaylee Hoffner as Counsel. ECF No. 148. Plaintiff's Motion is **GRANTED**.

**IT IS THEREFORE ORDERED** that Kaylee Hoffner shall be terminated as counsel of record for Plaintiff Mikayla Savage and shall be relieved of any further involvement in this proceeding.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 6th day of June, 2025.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE