IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| *Mikayla Cheyenne Savage*, <br><br> Plaintiff, <br><br> v. <br><br> *Harris County, Texas, et al.*, <br><br> Defendants. | Case No. 4:24-cv-00666 |

**NOTICE OF WITHDRAWAL OF SUBPOENA**

Plaintiff Mikayla Savage wishes to withdraw her subpoena served on Harris County on March 31, 2025. Plaintiff has asked Harris County to meet and confer in order to narrow the scope of the subpoena. As such, Harris County's Motion to Quash (ECF 134) is now moot.

*(Signature page follows)*

1

Dated: June 16, 2025				Respectfully submitted,

/s/ Karley Buckley
Karley Buckley
DLA Piper LLP (US)
Texas Bar No. 24123596
845 Texas Avenue, Suite 3800
Houston, Texas 77002
(713) 425-8421
karley.buckley@us.dlapiper.com

Lydia Wright (LA Bar #37926)
D Dangaran (MA BBO #708195)
(admitted *pro hac vice*)
Rights Behind Bars
416 Florida Avenue, NW #26152
Washington, D.C. 20001
(202) 455-4399
lydia@rightsbehindbars.org
d@rightsbehindbars.org

David H. Bamberger
DLA Piper LLP (US)
DC Bar #362285
(admitted *pro hac vice*)
500 Eighth Street, NW
Washington, DC 20004
(202) 799-4500
david.bamberger@us.dlapiper.com

John C. Canoni
DLA Piper LLP (US)
Texas Bar No. 24117335
(admitted *pro hac vice*)
Taylor O. Reed
Texas Bar No. 24101958
S.D. Tex. Bar No. 3895240
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
(214) 743-4500
john.canoni@us.dlapiper.com
taylor.reed@us.dlapiper.com

*Attorneys for Plaintiff Mikayla Cheyenne Savage*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing document has been served electronically via the Court's CM/ECF system on June 16, 2025 on all counsel of record.

                                */s/ Karley Buckley*
                                Karley Buckley