Case 4:24-cv-00666   Document 154   Filed on 06/18/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** § § *Plaintiff*, § § VS. § **HARRIS COUNTY, TEXAS,** *et al.*, § § *Defendants*. § | § § § § **CIVIL ACTION NO. 4:24-CV-0666** § § § |

## ENTRY OF DEFAULT

Plaintiff Mikayla Savage requested that default be entered against Defendants Trucell LaGarde, Marilyn John, and Michael Thomas. ECF No. 96. From the record and the Court's file in this action, Defendants have failed to appear, plead, or otherwise defend this action.

Thus, pursuant to FED. R. CIV. P. 55(a), default is entered against Defendants Trucell LaGarde, Marilyn John, and Michael Thomas.

Dated on this the eighteenth day of June, 2025.

UNITED STATES DISTRICT CLERK
SOUTHERN DISTRICT OF TEXAS

By: _____
Deputy Clerk §

1