IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mikayla Cheyenne Savage, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | |
| § | |
| Harris County, Texas; Sheriff Ed Gonzales, § | CIVIL ACTION NO. 4:24-cv-00666 |
| in his official capacity; Detention Officer § | |
| Arnoldo Martinez, in his individual capacity; § | |
| Detention Officer Andrew Rada, in his § | |
| individual capacity; Administrative § | |
| Operations Officer Danika Mathews, in her § | |
| individual capacity; Detention Officer § | |
| Ozalynn Lozano, in his individual capacity; § | |
| Detention Officer Trucell Lagarde, in her § | |
| individual capacity; Detention Officer Taylor § | |
| Hodges, in his individual capacity; Detention § | |
| Officer Gloria Ezeoke, in her individual § | |
| capacity; Law Enforcement Officer Michael § | |
| Thomas, in his individual capacity; Law § | |
| Enforcement Officer Lakisha Cheatham, in § | |
| her individual capacity; and Detention § | |
| Officer Marilyn John, her individual § | |
| capacity, § | |
| § | |
| *Defendants.* § | |

## MOTION TO WITHDRAW D DANGARAN AS PLAINTIFF'S COUNSEL

Pursuant to S.D. Tex. Local Rule 83.2, Plaintiff's Counsel respectfully requests that this Court grant a motion to withdraw D Dangaran, counsel of record for Plaintiff Mikayla Savage, as counsel. Mx. Dangaran is departing Rights Behind Bars as of July 1, 2025. Rights Behind Bars will continue to represent Ms. Savage in this matter, through attorney Lydia Wright. Ms. Savage's counsel at DLA Piper LLP (US) also remain in the case and unchanged. Therefore, Ms. Savage will suffer no loss of counsel, and the withdrawal of Mx. Dangaran will not delay any proceedings in this matter.

The undersigned therefore respectfully requests that this Court grant this Motion to Withdraw Mx. Dangaran as Plaintiff's Counsel.

Dated: June 26, 2025                          Respectfully submitted,

                                              */s/ D Dangaran*
                                              D Dangaran
                                              Rights Behind Bars
                                              1800 M Street NW Front 1 #33821
                                              Washington, DC 20033
                                              202-455-4399
                                              d@rightsbehindbars.org

## CERTIFICATE OF SERVICE

I, D Dangaran, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

                                              */s/D Dangaran*
                                              D Dangaran

Dated: June 26, 2025