# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mikayla Cheyenne Savage, § § *Plaintiff,* § § v. § § Harris County, Texas; Sheriff Ed Gonzales, § in his official capacity; Detention Officer § Arnoldo Martinez, in his individual capacity; § Detention Officer Andrew Rada, in his § individual capacity; Administrative § Operations Officer Danika Mathews, in her § individual capacity; Detention Officer § Ozalynn Lozano, in his individual capacity; § Detention Officer Trucell Lagarde, in her § individual capacity; Detention Officer Taylor § Hodges, in his individual capacity; Detention § Officer Gloria Ezeoke, in her individual § capacity; Law Enforcement Officer Michael § Thomas, in his individual capacity; Law § Enforcement Officer Lakisha Cheatham, in § her individual capacity; and Detention § Officer Marilyn John, her individual § capacity, § § *Defendants.* § | CIVIL ACTION NO. 4:24-cv-00666 |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW D DANGARAN AS PLAINTIFF'S COUNSEL

Before the Court is Plaintiff's Motion to Withdraw D Dangaran as Counsel. Plaintiff's Motion is GRANTED. IT IS THEREFORE ORDERED that D Dangaran shall be terminated as counsel of record for Plaintiff Mikayla Savage and shall be relieved of any further involvement in this proceeding. IT IS SO ORDERED.

SIGNED on _____, 2025

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE