AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| Mikayla Cheyenne Savage <br> *Plaintiff(s)* <br> v. <br> Harris County, Texas, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 4:24-cv00666 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Administrative Operations Officer Danika Mathews
    Harris County Jail
    1200 Baker Street
    Houston, Texas 77002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Karley Buckley
    DLA Piper LLP (US)
    845 Texas Avenue, Suite 3800
    Houston, Texas 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: June 26, 2025

*Nathan Ochsner, Clerk of Court*

*s/ Peyton Smith*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:24-cv00666

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Administrative Operations Officer Danika Mathew
was received by me on *(date)* 6/27/25 5:12 pm.

☒ I personally served the summons on the individual at *(place)* 17418 Linthorne St, Humble Tx 77346 on *(date)* 6/30/25 8:33 am ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/30/25

Jimmie L Gaskill
Server's signature

Jimmie L Gaskill  psc 2007  Exp. 2/28/27
Printed name and title

407 Crossbow Drive, Spring Tx 77386
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset