UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **HARRIS COUNTY, TEXAS; SHERIFF ED** § <br> **GONZALES, in his official capacity;** § <br> **DETENTION OFFICER ARNOLDO** § <br> **MARTINEZ, in his individual capacity;** § <br> **DETENTION OFFICER ANDREW RADA,** § <br> **in his individual capacity; DETENTION** § <br> **ADMINISTRATIVE OPERATIONS** § <br> **OFFICER DANIKA MATHEWS, in her** § <br> **individual capacity; DETENTION OFFICER** § <br> **OZALYNN LOZANO, in his individual** § <br> **capacity; DETENTION OFFICER** § <br> **TRUCELL LAGARDE, in her individual** § <br> **capacity; DETENTION OFFICER TAYLOR** § <br> **HODGES, in his individual capacity;** § <br> **DETENTION OFFICER GLORIA** § <br> **EZEOKE, in her individual capacity; LAW** § <br> **ENFORCEMENT OFFICER MICHAEL** § <br> **THOMAS, in his individual capacity; LAW** § <br> **ENFORCEMENT OFFICER LAKISHA** § <br> **CHEATHAM, in her individual capacity;** § <br> **and DETENTION OFFICER MARILYN** § <br> **JOHN, her individual capacity** § <br> **individual capacities.** § <br> Defendants. § | **Civil Action No.: 4:24-cv-00666** |

### ORDER ON DEFENDANT DANIKA MATHEWS' UNOPPOSED MOTION TO STAY DISCOVERY

The Unopposed Motion to Stay Discovery having been filed by Defendant

Danika Mathews ( hereinafter "Mathews"), the Court having reviewed the motion,

response, and reply, grants the motion to Stay Discovery against Mathews pending the Court's determination of her qualified immunity.

SO ORDERED.

    Signed on _____, at Houston, Texas.

                                    _____
                                    United States District Judge