United States District Court
Southern District of Texas
**ENTERED**
July 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> **HARRIS COUNTY, TEXAS; SHERIFF ED** § <br> **GONZALES, in his official capacity;** § <br> **DETENTION OFFICER ARNOLDO** § <br> **MARTINEZ, in his individual capacity;** § <br> **DETENTION OFFICER ANDREW RADA,** § <br> **in his individual capacity; DETENTION** § <br> **ADMINISTRATIVE OPERATIONS** § <br> **OFFICER DANIKA MATHEWS, in her** § <br> **individual capacity; DETENTION OFFICER** § <br> **OZALYNN LOZANO, in his individual** § <br> **capacity; DETENTION OFFICER** § <br> **TRUCELL LAGARDE, in her individual** § <br> **capacity; DETENTION OFFICER TAYLOR** § <br> **HODGES, in his individual capacity;** § <br> **DETENTION OFFICER GLORIA** § <br> **EZEOKE, in her individual capacity; LAW** § <br> **ENFORCEMENT OFFICER MICHAEL** § <br> **THOMAS, in his individual capacity; LAW** § <br> **ENFORCEMENT OFFICER LAKISHA** § <br> **CHEATHAM, in her individual capacity;** § <br> **and DETENTION OFFICER MARILYN** § <br> **JOHN, her individual capacity** § <br> **individual capacities.** § <br> *Defendants.* § | **Civil Action No.: 4:24-cv-0666** |

### ORDER ON DEFENDANT DANIKA MATHEWS' UNOPPOSED MOTION TO STAY DISCOVERY

The Unopposed Motion to Stay Discovery having been filed by Defendant

Danika Mathews ( hereinafter "Mathews"), the Court having reviewed the motion,

response, and reply, GRANTS the Motion to Stay Discovery (ECF No. 168) against Mathews pending the Court's determination of her qualified immunity.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 29th day of July, 2025.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE