IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Mikayla Cheyenne Savage,** §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>**Harris County, Texas; Sheriff Ed Gonzales, in his official capacity; Detention Officer Arnoldo Martinez, in his individual capacity; Detention Officer Andrew Rada, in his individual capacity; Administrative Operations Officer Danika Mathews, in her individual capacity; Detention Officer Ozalynn Lozano, in his individual capacity; Detention Officer Trucell Lagarde, in her individual capacity; Detention Officer Taylor Hodges, in his individual capacity; Detention Officer Gloria Ezeoke, in her individual capacity; Law Enforcement Officer Michael Thomas, in his individual capacity; Law Enforcement Officer Lakisha Cheatham, in her individual capacity; and Detention Officer Marilyn John, her individual capacity.**<br>*Defendants.* §§§§§§§§§§§§§§§§§§§§ | **CIVIL ACTION NO. 4:24-cv-00666** |

### DEFENDANT GLORIA EZEOKE'S NOTICE OF INITIAL DISCLOSURES

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant Gloria Ezeoke notifies the Court that on this the 6th day of August 2025, the following was submitted to Defendant Mikayla Savage in accordance with the Federal Rules of Civil Procedure:

1. Defendant Gloria Ezeoke's Initial Disclosures.

1

Date: August 6, 2025

        Respectfully submitted,

        **CHRISTIAN D. MENEFEE**
        HARRIS COUNTY ATTORNEY

        **JONATHAN G. C. FOMBONNE**
        DEPUTY COUNTY ATTORNEY AND FIRST
        ASSISTANT

        **NATALIE G. DELUCA**
        MANAGING COUNSEL,
        DEFENSIVE LITIGATION, EMPLOYMENT, & REAL
        ESTATE DIVISIONS

By:   */s/Veronica L. Jones*
        **VERONICA L. JONES**
        Assistant County Attorney
        **ATTORNEY-IN-CHARGE**
        State Bar No. 24097902
        Federal ID No. 3639763
        Tel: (713) 274-5181 (direct)
        Veronica.Jones@harriscountytx.gov

        **OFFICE OF THE HARRIS COUNTY ATTORNEY**
        1019 Congress
        Houston, Texas 77002
        **ATTORNEY FOR DEFENDANT GLORIA EZEOKE**

**CERTIFICATE OF SERVICE**

      I certify that, on August 6, 2025, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause via e-mail.

Karley Buckley
DLA PIPER LLC
845 Texas Ave., Suite 3800
Houston, TX 77002
karley.buckley@us.dlapiper.com

Miriam R. Nemeth
RIGHTS BEHIND BARS
416 Florida Ave, NW #26152
Washington, DC 20001
miriam@rightsbehindbars.org
d@rightsbehindbars.com

David H. Bamberger
DLA PIPER LLC
500 Eighth St., NW
Washington, DC 20004
david.bamberger@us.dlapiper.com

John C. Canoni
DLA PIPER LLC
1900 North Pearl St., Suite 2200
Dallas, Texas 75201
john.canoni@us.dlapiper.com
**Attorneys for Plaintiff Mikayla Savage**

Gregory Burnett
gregory.burnett@harriscountytx.gov
Charles Shaw
charles.shaw@harriscountytx.gov
**Attorney for Defendants Martinez and Rada**

James C. Butt
James.butt@harriscountytx.gov
**Attorney for Defendants Hodges, Cheatham, and Lozano**

HARRIS COUNTY ATTORNEY'S OFFICE
1019 Congress Street
Houston, TX 77002

                                                           /s/*Veronica L. Jones*  
                                                           **Veronica L. Jones**