# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Mikayla Cheyenne Savage § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:24-cv-00666 |
| § | |
| Harris County, Texas, et al. § | |
| § | |
| Defendants. § | |

## PROPOSED ORDER

After considering the Unopposed Motion to Withdraw as Counsel (the "Motion"), and the applicable law, the Motion is hereby **GRANTED**.

**IT IS SO ORDERED**, this ____ day of _____ 2025.

_____
THE HONORABLE KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE