# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No.: 4:24-cv-00666** |
| | § | |
| **HARRIS COUNTY, TEXAS; SHERIFF ED** | § | |
| **GONZALES, in his official capacity;** | § | |
| **DETENTION OFFICER ARNOLDO** | § | |
| **MARTINEZ, in his individual capacity;** | § | |
| **DETENTION OFFICER ANDREW RADA,** | § | |
| **in his individual capacity; DETENTION** | § | |
| **ADMINISTRATIVE OPERATIONS** | § | |
| **OFFICER DANIKA MATHEWS, in her** | § | |
| **individual capacity; DETENTION OFFICER** | § | |
| **OZALYNN LOZANO, in his individual** | § | |
| **capacity; DETENTION OFFICER** | § | |
| **TRUCELL LAGARDE, in her individual** | § | |
| **capacity; DETENTION OFFICER TAYLOR** | § | |
| **HODGES, in his individual capacity;** | § | |
| **DETENTION OFFICER GLORIA** | § | |
| **EZEOKE, in her individual capacity; LAW** | § | |
| **ENFORCEMENT OFFICER MICHAEL** | § | |
| **THOMAS, in his individual capacity; LAW** | § | |
| **ENFORCEMENT OFFICER LAKISHA** | § | |
| **CHEATHAM, in her individual capacity;** | § | |
| **and DETENTION OFFICER MARILYN** | § | |
| **JOHN, her individual capacity** | § | |
| **individual capacities.** | § | |
| **Defendants.** | § | |

## DEFENDANTS ARNOLDO MARTINEZ'S AND ANDREW RADA'S NOTICE OF APPEARANCE BY ATTORNEY

TO THE HONORABLE JUDGE OF SAID COURT:

1.     Joshua Green, Assistant County Attorney, hereby makes an appearance as additional counsel of record for Defendants ARNOLDO MARTINEZ and ANDREW RADA.

2.      As additional counsel, Mr. Green is authorized to receive service of all pleadings, notices, orders, and other papers in the above captioned matter. Mr. Green respectfully requests that notification of all filings in this case be sent to him electronically or via mail at:

JOSHUA GREEN
Assistant County Attorney
Harris County Attorney's Office
1019 Congress
Houston, Texas 77002
Joshua.Green@harriscountytx.gov

3.      Gregory Burnett will remain as Attorney-In-Charge for Defendants ARNOLDO MARTINEZ and ANDREW RADA.

4.      No prejudice will occur to any of the parties with this filing.

Date: October 13, 2025.

Respectfully submitted,

**CHRISTIAN D. MENEFEE**
HARRIS COUNTY ATTORNEY

**JONATHAN G. C. FOMBONNE**
DEPUTY COUNTY ATTORNEY AND FIRST ASSISTANT

**NATALIE G. DELUCA**
MANAGING COUNSEL,
DEFENSIVE LITIGATION, EMPLOYMENT, &
REAL ESTATE DIVISIONS

**GREGORY BURNETT**
Assistant County Attorney
ATTORNEY-IN-CHARGE
State Bar No. 24057785
Fed. Bar No. 3785139
Tel: (713) 274-5224 (direct)
gregory.burnett@harriscountytx.gov

By:      /s/ Joshua Green
                **JOSHUA GREEN**
                Assistant County Attorney
                ATTORNEY TO BE NOTICED
                State Bar No. 24080915
                Fed. Bar No. 1428074
                Tel: (713) 274-5229 (direct)
                joshua.green@harriscountytx.gov

                **OFFICE OF THE HARRIS COUNTY ATTORNEY**
                1019 Congress Street
                Houston, Texas 77002
                **ATTORNEYS FOR ARNOLDO MARTINEZ
AND ANDREW RADA**

## CERTIFICATE OF SERVICE

       I certify that, pursuant to Federal Rules of Civil Procedure, a true copy of the instrument to which this Certificate is attached was duly served upon each party to this cause on the CM/ECF system, which will automatically serve a Notice of Electronic Filing to the parties. Additionally, this instrument was served upon Plaintiff via e-mail at:

       Mikayla Cheyenne Savage, Pro Se
       *mikayladellas@gmail.com*

                /s/ Joshua Green
                JOSHUA GREEN

3