# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:24-CV-0666** |
| § | |
| **HARRIS COUNTY, TEXAS,** *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On September 17, 2025, the Court granted a Motion to Withdraw as Counsel filed by attorneys for Plaintiff Mikayla Savage. Plaintiff did not appear for a subsequent status conference held on October 31, 2025. Plaintiff is hereby ordered to notify the Court as to whether she intends to proceed with this case by December 1, 2025. Plaintiff's claims will be dismissed without prejudice if Plaintiff does not provide a notification of intent to proceed by that date. Plaintiff may notify the Court by filing a document stating that she intends to proceed or by communicating the same by email to Arturo_Rivera@txs.uscourts.gov. If Plaintiff provides notification by email, Plaintiff shall also copy counsel for Defendants.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 31st day of October, 2025.

_____
Keith P. Ellison
United States District Judge