United States District Court
Southern District of Texas
**ENTERED**
November 24, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:24-CV-0666** |
| § | |
| **HARRIS COUNTY, TEXAS,** *et al.*, § | |
| § | |
| **Defendants.** § | |

### ORDER

Consistent with the Court's October 31ˢᵗ Minute Entry, Plaintiff will have 30 days as of the issuance of this Order to notify the Court when she intends to proceed with this case. Plaintiff may notify the Court of her intent to proceed by formally filing a document or by emailing Mr. Rivera by December 24, 2025. If Plaintiff does not provide notification by that date, the Court will dismiss this case without prejudice.

**IT IS SO ORDRED.**

**SIGNED** at Houston, Texas on November 24, 2025.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE