United States District Court
Southern District of Texas
**ENTERED**
January 09, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MIKAYLA CHEYENNE SAVAGE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-0666 |
| | § | |
| HARRIS COUNTY, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## DISMISSAL

On November 24, 2025, the Court issued an order allowing Plaintiff 30 days to notify the Court whether she intended to proceed with this case and instructing Plaintiff that if she did not provide notification by that date, the Court would dismiss the case without prejudice. ECF No. 178. Plaintiff did not notify the Court of her intent to proceed. Accordingly, the Court dismisses Plaintiff's case without prejudice.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 6th day of January, 2026.

_____

Keith P. Ellison
United States District Judge