United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **MIKAYLA CHEYENNE SAVAGE,** § § | |
| *Plaintiff*, § § | |
| VS. § | CIVIL ACTION NO. 4:24-cv-0666 |
| § § | |
| **HARRIS COUNTY, TEXAS, et al.,** § § | |
| *Defendant*. § § § | |

# FINAL JUDGMENT

Plaintiff Mikayla Cheyenne Savage brought suit against Defendants Harris County, Texas, et al. in February of 2024. ECF No. 1. The Court granted counsel for Plaintiff's Motion to Withdraw as Counsel at a hearing on September 17th, 2025. On January 6th, 2026, the Court dismissed Plaintiff's case without prejudice. ECF No. 179.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth the Court's Dismissal, final judgment is hereby **ENTERED** for Defendants.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this 2nd day of March, 2026.

_____
Keith P. Ellison
United States District Judge